**1**

NEW YORK, ONTARIO & WESTERN RAILROAD COMPANY, Plaintiff in Error, v. Ralph R. OLES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. January 23, 1925.) No. 185. In Error to the District Court of the United States for the Southern District of New York. See. also, 296 F. 474. Watts, Oakes & Bright, of Middletown, N. Y., for plaintiff in error. Thomas Downs, of New York City, for defendant in error. Before ROGERS, MANTON, and LEARNED HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

**2**

Thomas J. O'BRIEN v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. March 13, 1925.) No. 4255. In Error to the District Court of the United States for the Western District of Kentucky; Charles H. Moorman, Judge. Edwards, Ogden & Peak, of Louisville, Ky., for plaintiff in error. W. S. Ball, U. S. Atty., of Louisville, Ky.

PER CURIAM. Judgment of the District Court affirmed.

---

**3**

Ernest OVERHOLT, by His Next Friend, John Overholt, v. PENNSYLVANIA RAILROAD COMPANY. (Circuit Court of Appeals, Sixth Circuit. February 2, 1925.) No. 4093. In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge. Anderson & Lamb, of Youngstown, Ohio, for plaintiff in error. Marshall & Fraser, of Toledo, Ohio, for defendant in error.

PER CURIAM. Judgment of the District Court affirmed, with costs.

---

**4**

Lawrence OVERHOLT, by His Next Friend, John Overholt, v. PENNSYLVANIA RAILROAD COMPANY. (Circuit Court of Appeals, Sixth Circuit. February 2, 1925.) No. 4094. In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge. Anderson & Lamb, of Youngstown, Ohio, for plaintiff in error. Marshall & Fraser, of Toledo, Ohio, for defendant in error.

PER CURIAM. Judgment of the District Court affirmed, with costs.

---

**5**

In the Matter of Adolph PALMAIS, Bankrupt-Petitioner. (Circuit Court of Appeals, Second Circuit. January 19, 1925.) No. 134. Petition to Revise Order of the District Court of the United States for the Eastern District of New York. See, also, 296 F. 403. Joseph G. M. Browne, of New York City (Barnett E. Kopelman, of New York City, on the brief), for petitioner. Robert P. Levis, of New York City (Archibald Palmer, of New York City, of counsel, for respondent. Before ROGERS and HOUGH, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Order (300 F. 254) affirmed, and it is directed that the mandate issue forthwith.

---

**6**

Mario PAOLOTTI and Robert Frederica, Plaintiffs in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. January 23, 1925.) No. 215. In Error to the District Court of the United States for the Southern District of New York. Moses A. Sacks, of New York City, for plaintiffs in error. William Hayward, U. S. Atty., of New York City (John M. Cashin, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States. Before HOUGH and MANTON, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment reversed in open court, and new trial granted.

---

**7**

M. C. PIAN v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 2, 1925.) No. 4288. In Error to the District Court of the United States, for the Western District of Tennessee; J. W. Ross, Judge. Charles M. Bryan, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court affirmed, pursuant to request of plaintiff in error to withdraw his appeal.

---

**8**

PORTER BROS., John D. Porter, Andrew R. Porter, and Richard B. Porter, v. Hon. Arthur J. TUTTLE, United States District Judge for the Eastern District of Michigan. (Circuit Court of Appeals, Sixth Circuit. October 7, 1924.) Petition for Mandamus to the District Court of the United States for the Eastern District of Michigan. Angell, Turner & Dyer, of Detroit, Mich., for petitioners. Delos G. Smith, U. S. Atty., of Detroit, Mich., for respondent.

PER CURIAM. Order denying application for order to show cause.